IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| GREGORY A. MOLL,<br><br>    Plaintiff,<br>vs.<br><br>THE BANK OF NEW YORK, AS TRUSTEE, UNDER THE POOLING AND SERVICING AGREEMENT TRUST SERIES (CWMBS99-06),<br><br>    Defendant. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br><br>Case No.  2:04CV868 DAK |

  This matter is before the court on Defendant's Motion to Dismiss.  On February 9, 2005, this case was referred to the Magistrate Judge under 28 U.S.C. § 636(b)(1)(B).  On July 7, 2005, the Magistrate Judge issued a Report and Recommendation, recommending that Defendant's Motion to Dismiss be granted.

  Plaintiff filed an objection to the Report and Recommendation, which the court has considered, along with the entire case file.

  Having reviewed the file in its entirety, the court hereby APPROVES and ADOPTS the Magistrate Judge's Report and Recommendation.  Defendant's Motion to Dismiss is GRANTED and all remaining motions are MOOT.  This action is hereby DISMISSED with prejudice.

  DATED this 21st day of September, 2005.

           BY THE COURT:

           _____
           DALE A. KIMBALL
           United States District Judge